# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2015-0090, <u>Egide Mbabazi & a. v. Megastore Wholesale</u>, the court on October 9, 2015, issued the following order:**

Having considered the briefs and record submitted on appeal, we conclude that oral argument is unnecessary in this case.  <u>See</u> <u>Sup. Ct. R.</u> 18(1).  We affirm.

The defendant, Megastore Wholesale, appeals an order of the Superior Court (<u>Delker</u>, J.) awarding damages to the plaintiff, Egide Mbabazi, in the amount of $5,947 plus 11.75 percent annual interest until payment is made.  The defendant raises numerous challenges to the court's order finding that the parties agreed on a purchase price for a used automobile of $12,000, plus finance charges and fees, and that the defendant took advantage of the plaintiff's limited English ability to bind him to a financing agreement based upon a total purchase price of $18,982.

As the appealing party, the defendant has the burden of demonstrating reversible error.  <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014).  Based upon our review of the trial court's well-reasoned order, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error.  <u>See id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, and Lynn, JJ., concurred.

**Eileen Fox,
Clerk**